McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBER
LAURA D. WITHERS
MICHAEL G. TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ANA LEYDI CERVANTES-SANCHEZ,<br><br>                    Defendant. | CASE NO. 1:19-CR-00015-DAD-BAM<br><br>SEALING REQUEST AND ORDER |

The United States of America, by and through its counsel of record, hereby moves to seal the attached Exhibits B, C, and E to its Response in Opposition to Defendants' Motion for Bail Review (Doc. 237), as it contains discovery in this case, which is subject to a protective order for good cause entered pursuant to Federal Rule of Criminal Procedure 16(d). (Doc. 74).

Dated: March 26, 2019                                        McGREGOR W. SCOTT
                                                                              United States Attorney

                                                                        By:  /s/ LAURA D. WITHERS
                                                                              LAURA D. WITHERS
                                                                              Assistant United States Attorney

1

**O R D E R**

Having reviewed the motion of the United States consistent with the previously-entered protective order (Doc. 74) in this case, and for good cause shown,

IT IS SO ORDERED.

Dated:   **March 27, 2019**                             /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE