| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KAREN A. ESCOBER<br>LAURA D. WITHERS |
| 3 | MICHAEL G. TIERNEY<br>Assistant United States Attorneys |
| 4 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 5 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ANA LEYDI CERVANTES-SANCHEZ,<br><br>            Defendant. | CASE NO. 1:19-CR-00015-DAD-BAM<br><br><u>SEALING REQUEST AND ORDER</u> |

      The United States of America, by and through its counsel of record, hereby moves to seal the attached Exhibits B, C, and E to its Response in Opposition to Defendants' Motion for Bail Review (Doc. 237), as it contains discovery in this case, which is subject to a protective order for good cause entered pursuant to Federal Rule of Criminal Procedure 16(d). (Doc. 74).

| | |
|---|---|
| Dated: March 26, 2019 | McGREGOR W. SCOTT<br>United States Attorney<br><br>By: /s/ LAURA D. WITHERS<br>     LAURA D. WITHERS<br>     Assistant United States Attorney |

1

**O R D E R**

Having reviewed the motion of the United States consistent with the previously-entered protective order (Doc. 74) in this case, and for good cause shown,

IT IS SO ORDERED.

Dated: **March 27, 2019**　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE